# Exhibit 11

# Elysium Global Group Structure Chart
## 22 February 2015



Directors:
AR: Ashley Richardson
ASM: Anne Stratford-Martin
CM: Camilo Maruaneva
GJN: Greg Nixon
DL: Demetrios Lyrintzis
JF: John Foley
KR: Kayapp Vijender Rao
MW: Martin Ward
PP: Pernille Pedersen
RL: Robyn Llewellyn
SG: Sanjay Shah
ST: Simon Tweedale
TM: Tim Murphy
US: Usha Shah
MM: Michael Murphy
AJ: Anthony Jarman
PB: Peter Best
WB: Will Best